UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

OHIO NATIONAL LIFE ASSURANCE
CORPORATION,
    Plaintiff

V.

TRICIA JEAN MURPHY, LYNN ANN
POWERS, MARK ASHLEY WOOD, PENNY
JEAN WOOD, and SANDRA LEE WOOD,
    Defendants

CIVIL ACTION NO.

**04-40207 FDS**

---

## COMPLAINT FOR INTERPLEADER

1.    This is a complaint for interpleader brought pursuant to Federal Rule of Civil

Procedure 22 and 28 U.S.C. §§1335, 1397 and 2361 to require the defendants to interplead and

settle among themselves their rights to the proceeds of two annuity contracts owned by the late

Shirley B. Wood.

2.    This Court has original jurisdiction of this matter pursuant to 28 U.S.C. §1335.

Venue is appropriate in this court pursuant to 28 U.S.C. §1397 as one or more of the claimants

reside in this judicial district.

## PARTIES

3.    The plaintiff, Ohio National Life Assurance Corporation ("Ohio National"), is an

Ohio corporation with its principal place of business at One Financial Way, Cincinnati, Ohio.

4.    The defendant, Tricia Jean Murphy, is an individual who, upon information and

belief, resides at 46 Cutler Street, Worcester, Massachusetts.

{H:\PA\Lit\19576\00001\A0740286.DOC}

RECEIPT # 404428
AMOUNT $ 150.—
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. _____
DATE 10-14-04

5.    The defendant, Lynn Ann Powers, is an individual who, upon information and belief, resides at 35 Windbrook Drive, Auburn, Massachusetts.

6.    The defendant, Penny Jean Wood, is an individual who, upon information and belief, resides at 1736 Dewey Street, Apartment 2, Hollywood, Florida.

7.    The defendant, Mark Ashley Wood, is an individual who, upon information and belief, resides at 117 Moreland Street, Worcester, Massachusetts.

8.    The defendant, Sandra Lee Wood, is an individual who, upon information and belief, resides at 1108 East Villa Road, Phoenix, Arizona.

## FACTS

9.    The defendants are the children of Shirley B. Wood.

10.    Shirley B. Wood was the owner and annuitant of Single Premium Deferred Annuity Contract No. S6624189 with a contract date of April 23, 2002, and Single Premium Deferred Annuity Contract No. S1509418 dated September 16, 2003 (the "Contracts").

11.    Shirley B. Wood had designated all of the defendants as the beneficiaries of the Contracts.

12.    Shirley B. Wood died on February 7, 2004.

13.    On or about February 17, 2004, Ohio National received notice of Shirley B. Wood's death and that on February 6, 2004 Shirley B. Wood allegedly changed the beneficiary on both Contracts to solely Sandra Lee Wood.

14.    The death benefit value of Contract No. S1509418 is $65,620.94. The death benefit value of Contract No. S6624189 is $24,152.18.

15.    Because it had not received notice of a change in beneficiary prior to Shirley B. Wood's death, Ohio National notified the defendants on August 18, 2004 that the proceeds from

the Contracts would be distributed equally among all defendants unless written notice of a

complaint was received within thirty days.

16.     Sandra Lee Wood has objected to the distribution of the proceeds of the Contracts

to all the defendants equally and contends the proceeds should be paid solely to her. One or

more of the remaining defendants contends that the proceeds from the Contracts should be

distributed equally. Thus, a dispute exists among the defendants regarding who are the

beneficiaries under the Contracts and how the proceeds from the Contracts should be distributed

among them.

17.     The defendants have claims against Ohio National such that it may be exposed to

multiple liabilities for the proceeds of the Contracts.

WHEREFORE, Ohio National requests that this Court grant the following relief:

a.      That a declaratory judgment be entered declaring the interest that each

defendant has in the proceeds of the Contracts;

b.      That each of the defendants be restrained from instituting any action

against Ohio National related to the recovery of the proceeds of the Contracts;

c.      That Ohio National be allowed to deposit the proceeds of the Contracts

into this Court pending judgment;

d.      That the defendants be required to interplead and settle among themselves

their rights to the proceeds of the Contracts and that Ohio National be discharged from all

liability as to the recovery;

e.      That Ohio National be dismissed from this action with prejudice;

f.      That Ohio National be awarded its costs, including attorney's fees, and

that this amount be deducted from the proceeds of the Contracts; and

g.    For such further relief as the Court may deem appropriate.

OHIO NATIONAL LIFE ASSURANCE
CORPORATION

By its attorneys,

Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: 10/14/04

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Ohio National Life Assurance Corporation

## DEFENDANTS

Tricia Jean Murphy, Lynn Ann Powers, Mark Ashley Wood, Penny Jean Wood, and Sandra Lee Wood

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Joseph M. Hamilton          (508) 791-8500
Kristina H. Allaire
Mirick O'Connell
100 Front Street, Worcester, MA 01608

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 362 Personal Injury — Med. Malpractice | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 365 Personal Injury — Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 340 Marine | ☐ 370 Other Fraud | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| | | | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This is a complaint for interpleader brought pursuant to Federal Rule of Civil Procedure 22 and 28 U.S.C., Sections 1335, 1397 and 2361 to require the defendants to interplead and settle among themselves their rights to the proceeds of two annuity contracts owned by the late Shirley B. Wood.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ YES    ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE
10/14/04

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)__Ohio National Life Assurance__ __Corporation v. Tricia Jean Murphy, et al.__

2.  CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LIST ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1))

    ___  I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT

    ___  II.   195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720,730, 740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

    _X_  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    ___  V.    150, 152, 153.

3.  TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E))
    _____

4.  HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? _____No_____

5.  DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? _____No_____

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)
    _____

6.  IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? __No__

7.  DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY)? (SEE LOCAL RULE 40.1(C)) YES ____ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D)) YES _____

8.  DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES ___Yes___

    (a)  IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? __Neither__

9.  IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? __Central__

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION_____OR WESTERN SECTION_____

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME_____Joseph M. Hamilton_____

ADDRESS__Mirick O'Connell, 100 Front Street, Worcester, MA 01608__

TELEPHONE NO.___(508) 791-8500__

(COVER.SHT-08/90)