UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br>    Plaintiff<br><br>V.<br><br>TRICIA JEAN MURPHY, LYNN ANN POWERS, MARK ASHLEY WOOD, PENNY JEAN WOOD, and SANDRA LEE WOOD,<br>    Defendants | CIVIL ACTION NO. 04-40207FDS |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

The plaintiff, Ohio National Life Assurance Corporation, pursuant to Local Rule 7.3, hereby states it has no publicly traded stock and that it is a wholly owned subsidiary of Ohio National Life Insurance Company, which is a wholly owned subsidiary of Ohio National Financial Services, Inc., which is a wholly owned subsidiary of Ohio National Mutual Holdings, Inc.

OHIO NATIONAL LIFE ASSURANCE CORPORATION

By its attorneys,

    /s/  Joseph M. Hamilton
Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: October 18, 2004

{H:\PA\Lit\19576\00001\A0740863.DOC}