MIRICK, O'CONNELL, DeMALLIE & LOUGEE                                Page  2

# FILE COPY

FILE COPY

```
                                              DATE           Nov  2, 2004
                                              INVOICE NUMBER 174627

19576     Ohio National Life Assurance Corporation
00001     Wood et al.                             038 Joseph M. Hamilton
```

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 10/05/04 | Telephone to and telephone from client regarding complaint and follow up to same. | JMH | 0.40 | 130.00 |
| 10/06/04 | Preparation of complaint. | JMH | 0.90 | 292.50 |
| 10/07/04 | Review file and preparation of summary. | JMH | 1.70 | 552.50 |
| 10/12/04 | Review policy. | JMH | 0.20 | 65.00 |
| 10/13/04 | Preparation of complaint. | JMH | 1.80 | 585.00 |
| 10/14/04 | Finalize and file complaint. | JMH | 0.40 | 130.00 |
| 10/14/04 | Telephone to and telephone from client regarding service and corporate disclosure. | JMH | 0.20 | 65.00 |
| 10/14/04 | Preparation for service. | JMH | 0.10 | 32.50 |
| 10/14/04 | Preparation of corporate disclosure. | JMH | 0.20 | 65.00 |
| 10/15/04 | E-mails from and to client regarding complaint and disclosure. | JMH | 0.20 | 65.00 |
| 10/15/04 | Letter to opposing counsel regarding complaint. | JMH | 0.30 | 97.50 |
| 10/15/04 | Preparation of service. | JMH | 0.30 | 97.50 |
| 10/15/04 | Review Rule 4 regarding wavier of service. | khallair | 0.40 | 80.00 |
| 10/18/04 | Prepare waiver of service forms. | khallair | 0.40 | 80.00 |
| 10/22/04 | Review court notice and information from opposing counsel. | JMH | 0.20 | 65.00 |
| 10/22/04 | Email to B. Price regarding call from G. Peters. | khallair | 0.20 | 40.00 |
| 10/28/04 | Investigate location of parties. | JMH | 0.20 | 65.00 |
| 10/28/04 | Revise Waiver of Service of Summons; telephone call with G. Peters regarding correct address for Arizona defendant. | khallair | 0.40 | 80.00 |

```
          Total Services . . . . . . . . . . . . . . . . . . . Hours      8.50$  2,587.50
```

MIRICK, O'CONNELL, DeMALLIE & LOUGEE                                    Page   3

# FILE COPY

FILE COPY

```
                                                   DATE          Nov  2, 2004
                                                   INVOICE NUMBER 174627
19576    Ohio National Life Assurance Corporation
00001    Wood et al.                               038  Joseph M. Hamilton
```

```
Date         Disbursements

             Photocopies                  (   115   at 0.10   per page)                11.50
             Mailing Costs                                                              4.75
             Telephone - long distance                                                  0.40
10/14/04     Filing Fee  complaint for Interpleader- -                                150.00
             VENDOR: Commonwealth of Massachusetts   (KJG)


         Total Disbursements . . . . . . . . . . . . . . . . . . . . .    $    166.65


         Total Services and Disbursements. . . . . . . . . . . . . . . . $  2,754.15
```

MIRICK, O'CONNELL, DeMALLIE & LOUGEE                    Page   4

# FILE COPY

```
                                              DATE         Nov  2, 2004
                                              INVOICE NUMBER 174627
19576    Ohio National Life Assurance Corporation
00001    Wood et al.                          038 Joseph M. Hamilton
```

|  Attorney<br>No.  Init. | Hours | Extended<br>Value | Standard<br>Value |
|---|---|---|---|
| 038   JMH | 7.10 | 2,307.50 | 2,307.50 |
| 264   khallair | 1.40 | 280.00 | 280.00 |
|  | 8.50 | 2,587.50 | 2,587.50 |

MIRICK, O'CONNELL, DeMALLIE & LOUGEE                                   Page  2

# FILE COPY

|  |  | DATE | Dec 3, 2004 |
|  |  | INVOICE NUMBER | 175739 |

19576   Ohio National Life Assurance Corporation
00001   Wood et al.                                    038 Joseph M. Hamilton

| Date | Services | Atty | Hours | Value |
|---|---|---|---|---|
| 11/03/04 | Telephone call with Paula Wood regarding Waiver of Service and Summons. | khallair | 0.40 | 80.00 |
| 11/04/04 | Review return of service issues. | JMH | 0.10 | 32.50 |
| 11/10/04 | Telephone call with G. Peters regarding waiver of service forms; fax same to her. | khallair | 0.50 | 100.00 |
| 11/11/04 | Telephone to client regarding deposit of funds. | JMH | 0.10 | 32.50 |
| 11/12/04 | Telephone from client and preparation of motion. | JMH | 0.30 | 97.50 |
| 11/15/04 | Telephone call with L. Powers regarding answering complaint. | khallair | 0.40 | 80.00 |
| 11/16/04 | Review status of service. | JMH | 0.20 | 65.00 |
| 11/16/04 | Review waivers of service; efile same. | khallair | 0.50 | 100.00 |
| 11/16/04 | Telephone call with Court regarding motion to deposit funds; draft motion for order to deposit funds. | khallair | 2.30 | 460.00 |
| 11/17/04 | Preparation of motion. | JMH | 0.30 | 97.50 |
| 11/17/04 | Review and revise motion for order to deposit funds. | khallair | 0.50 | 100.00 |
| 11/19/04 | Research Statute annotations and case law regarding dismissal of plaintiff from interpleader action. | khallair | 2.90 | 580.00 |
| 11/19/04 | Review and revise motion to deposit proceeds. | khallair | 0.80 | 160.00 |
| 11/22/04 | Review and revise motion to deposit funds with court.  Send same to client. | khallair | 1.80 | 360.00 |
| 11/23/04 | Review motion. | JMH | 0.20 | 65.00 |
| 11/23/04 | Review and revise motion to deposit funds; efile same with court. | khallair | 0.70 | 140.00 |
| 11/24/04 | Review process regarding dismissal of client. | JMH | 0.20 | 65.00 |
| | Total Services . . . . . . . . . . . . . . . . . . . Hours | | 12.20$ | 2,615.00 |

MIRICK, O'CONNELL, DeMALLIE & LOUGEE                              Page   3

# FILE COPY

```
                                                    DATE        Dec  3, 2004
                                                    INVOICE NUMBER 175739

19576    Ohio National Life Assurance Corporation
00001    Wood et al.                                038   Joseph M. Hamilton
```

```
Date          Disbursements

              Photocopies              (    48    at 0.10    per page)           4.80
              Fax                                                                1.50
              Mailing Costs                                                      2.59
              Telephone - long distance                                          1.04


         Total Disbursements . . . . . . . . . . . . . . . . . . . . .    $         9.93


         Total Services and Disbursements. . . . . . . . . . . . . . .    $     2,624.93
```

MIRICK, O'CONNELL, DeMALLIE & LOUGEE                                   Page  4

# FILE COPY

FILE COPY

```
                                                     DATE          Dec  3, 2004
                                                     INVOICE NUMBER 175739
19576    Ohio National Life Assurance Corporation
00001    Wood et al.                                 038 Joseph M. Hamilton
```

---

| Attorney No. Init. | Hours | Extended Value | Standard Value |
|---|---|---|---|
| 038  JMH | 1.40 | 455.00 | 455.00 |
| 264  khallair | 10.80 | 2,160.00 | 2,160.00 |
|  | 12.20 | 2,615.00 | 2,615.00 |

```
MIRICK, O'CONNELL                                                         Page   2
                                                                Invoice Number 177669
 19576   Ohio National Life Assurance Corporation
   00001   Wood et al.



  Date          Services                                  Atty       Hours       Value

  12/08/04      Telephone call to J. Sousa regarding      khalla      0.20       40.00
                complaint.
  12/23/04      Review status of answers.                 JMH         0.20       65.00
  12/27/04      Preparation of strategy regarding         JMH         0.10       32.50
                answer.
  12/27/04      Email regarding interpleaders failure     khalla      0.20       40.00
                to answer.
  12/28/04      Preparation of strategy regarding         khalla      0.30       60.00
                defaulting interpleaders; email client
                regarding same.
  01/03/05      Email client regarding answers;           khalla      2.10      420.00
                respond to email; draft correspondence
                to each of the 5 defendants regarding
                failure to respond to complaint.
  01/04/05      Preparation of strategy regarding         JMH         0.20       65.00
                obtaining answer or default.
  01/04/05      Review and revise letters to              khalla      1.30      260.00
                defendants regarding answers.
  01/06/05      Follow up regarding answer.               JMH         0.10       32.50
  01/06/05      Telephone calls with multiple             khalla      0.80      160.00
                defendants regarding default;
                telephone call with B. Hazelton
                regarding default and extension of
                time; telephone call to J. Sousa
                regarding default.
  01/07/05      Preparation of letter to defendants.      JMH         0.10       32.50
  01/07/05      Email client regarding extension of       khalla      0.20       40.00
                time for defendants to answer.
  01/07/05      Draft letter to Gary Peters regarding     khalla      0.20       40.00
                potential default.
  01/11/05      Telephone call to defendants counsel      khalla      0.10       20.00
                regarding extension.
  01/11/05      Telephone call to defendant regarding     khalla      0.10       20.00
                counsel.
  01/18/05      Review court notices.                     JMH         0.20       65.00
  01/19/05      Review answer and preparation of          JMH         0.40      130.00
                strategy for dismissal.
  01/19/05      Review Sandra Wood Answer; telephone      khalla      0.50      100.00
                call to Court Clerk regarding
                deposition funds.
  01/20/05      Preparation of strategy regarding         JMH         0.20       65.00
                dismissal.
  01/20/05      Review and revise correspondence to       khalla      0.30       60.00
                client regarding answers and escrow
                check.
  01/27/05      Review documents regarding deposit and    JMH         0.20       65.00
                letter to opposing counsel.
```

```
MIRICK, O'CONNELL                                              Page   3
                                                        Invoice Number 177669
 19576   Ohio National Life Assurance Corporation
   00001  Wood et al.

   Date        Services                                  Atty       Hours         Value

  01/27/05    Review correspondence and checks from     khalla      1.30         260.00
              client; draft correspondence to clerk
              enclosing checks for deposit into
              escrow; draft correspondence to
              defendants regarding cost basis and
              taxable amount; review and revise same.
  01/28/05    Review court notice and follow up to      JMH         0.20          65.00
              same.
  01/31/05    Preparation of motion to dismiss.         JMH         0.20          65.00
  02/01/05    Review court notice and follow up to      JMH         0.20          65.00
              same.
  02/02/05    E-mail to client regarding conference.    JMH         0.10          32.50
  02/02/05    Preparation for conference.               JMH         0.20          65.00
  02/02/05    Research awarding attorneys fees for      khalla      2.00         400.00
              interpleader; draft, review and revise
              motion for judgment on the pleadings
              discharging Ohio National from further
              liability and awarding attorneys fees.
  02/02/05    Draft, review and revise memo of law      khalla      1.50         300.00
              in support thereof.
  02/03/05    Preparation and revision of motion to     JMH         0.90         292.50
              dismiss and for fees.
  02/03/05    Review and revise brief for judgment      khalla      0.30          60.00
              on the pleadings.
  02/03/05    Draft Affidavit of Attorneys Fees.        khalla      0.50         100.00
  02/04/05    Preparation of affidavit.                 JMH         0.20          65.00

           Total Services . . . . . . . . . . . . . . . Hours      15.60    $  3,582.50


   Date        Disbursements

              Photocopies               (    95   at 0.10    per page)              9.50
              Fax                                                                   2.50
              Mailing Costs                                                         5.96


           Total Disbursements . . . . . . . . . . . . . . . . . . .    $          17.96

           Total Services and Disbursements. . . . . . . . . . . . .    $       3,600.46
```

```
MIRICK, O'CONNELL                                          Page   4
                                                  Invoice Number 177669
19576   Ohio National Life Assurance Corporation
  00001  Wood et al.


         Attorney
   No    Init         Hours         Value

   038   JMH           3.70       1,202.50
   264   khallair     11.90       2,380.00
                     -------    ----------
                      15.60       3,582.50
```