UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br>     Plaintiff<br><br>v.<br><br>TRICIA JEAN MURPHY, LYNN ANN POWERS, MARK ASHLEY WOOD, PENNY JEAN WOOD, and SANDRA LEE WOOD<br>     Defendants | **CIVIL ACTION NO.**<br>**04-40207/FDS** |

## DEFENDANT SANDRA LEE WOOD'S CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

Pursuant to L.R. 16.1(D)(3), the Plaintiff, Gerald Albertini, and his counsel certify as follows:

  a) Counsel and client have conferred regarding a budget for the full course of the instant litigation and reasonably identifiable alternative courses of the litigation; and

  b) Counsel and client have conferred regarding the utility of alternative dispute resolution programs.

**FLETCHER, TILTON & WHIPPLE, P.C.**   **SANDRA WOOD**


_/sBobby Hazelton/s_____   __/s Sandra Wood s/_____
Bobby Hazelton (#654335)
Fletcher, Tilton & Whipple, P.C.
370 Main Street
Worcester, MA  01608
(508) 798-8621


Dated: March 3, 2005