UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

OHIO NATIONAL LIFE ASSURANCE
CORPORATION,
      Plaintiff

V.

TRICIA JEAN MURPHY, LYNN ANN
POWERS, MARK ASHLEY WOOD, PENNY
JEAN WOOD, and SANDRA LEE WOOD,
      Defendants

CIVIL ACTION NO. 04-40207FDS

OHIO NATIONAL LIFE ASSURANCE CORPORATION'S **ASSENTED** MOTION TO
RELEASE FUNDS

      The plaintiff, Ohio National Life Assurance Corporation ("Ohio National"), in

accordance with this Court's order dated March 7, 2005 awarding it $1,500 in attorneys' fees and

costs, requests that this Court order that such funds be released to Ohio National.  Specifically,

Ohio National requests that a check be issued to it in the amount of $1,500 from the funds

deposited by Ohio National with this Court.  The parties who have appeared in this action, Lynn

Ann Powers, Penny Jean Wood and Sandra Lee Wood, assent to this motion.

OHIO NATIONAL LIFE ASSURANCE
CORPORATION

By its attorneys,


/s/ Joseph M. Hamilton

Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: March 16, 2005

## CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by electronic filing, to Bobby L. Hazelton, Esq., Fletcher, Tilton & Whipple, PC, 370 Main Street, Worcester, MA 01608; and by mailing a copy, first class mail, postage prepaid, to John Sousa, Esq., 285 Main Street, Worcester, MA 01608; Tricia Jean Murphy, 5 Trowbridge Circuit, Worcester, MA  01603; and Mark Ashley Wood, 117 Moreland Street, Worcester, MA 01609-1043.


/s/ Joseph M. Hamilton

Dated:  March 16, 2005