UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br>                    Plaintiff<br><br>v.<br><br>TRICIA JEAN MURPHY, LYNN ANN POWERS, MARK ASHLEY WOOD, PENNY JEAN WOOD, and SANDRA LEE WOOD<br>                    Defendants | **CIVIL ACTION NO.**<br>**04-40207/FDS** |

## CASE MANAGEMENT REPORT OF SANDRA LEE WOOD, LYNN ANN POWERS AND PENNY JEAN WOOD

1. **Status of Parties**

Ohio National Life Assurance Corporation has been effectively removed as a party to the action by the Courts Rulings on the Judgment on the Pleadings.   Tricia Jean Murphy and Mark Ashley Wood have not answered the complaint.   Sandra Lee Wood now contests the disposition of the interpleader funds against Penny Jean Wood and Lynn Ann Powers.

2. **Status of Discovery**

Sandra Lee Wood has presented her mandatory discovery to the Penny Jean Wood and Lynn Ann Powers and has not propounded any discovery on Penny Jean Wood and Lynn Ann Powers.   Sandra Lee Wood does not anticipate the need for additional discovery until and

unless Penny Jean Wood and Lynn Ann Powers raise an issue involving expert testimony.

Penny Jean Wood and Lynn Ann Powers are researching the issue of the need for any expert.

3.  **Status of Settlement Discussions**

Counsel for Sandra Lee Wood and counsel for Penny Jean Wood and Lynn Ann Powers have discussed the settlement of the matter, and have made firm offers of settlement at various times.  There is no current open offer of settlement, but counsel believes that settlement remains a possibility.  Counsel for Penny Jean Wood and Lynn Ann Powers is not in a position not to consider any offer until his research is completed by July 31, 2005.

4.  **Anticipated Pre-Trial Motions**

Counsel for Sandra Lee Wood anticipates making a pre-trial motion and continuing motion in limine to preclude Penny Jean Wood and Lynn Ann Powers from challenging the capacity of Shirley Wood in executing the Change in Beneficiary forms as the issue of Shirley Wood's capacity at all relevant times has been determined by the Worcester County Probate Court.  Counsel for Penny Jean Wood and Lynn Ann Powers does not agree that a Motion in Limine is proper and states that the capacity of Shirley Wood may be an issue.

| | |
|---|---|
| Sandra Lee Wood,<br>By her attorney, | Lynn Ann Powers by their attorney |
| /S Bobby Hazelton s/<br>Bobby Hazelton (BBO# 635446)<br>Fletcher, Tilton & Whipple, P.C.<br>370 Main Street - 12th Floor<br>Worcester, MA 01608-1779<br>(508) 798-8621 | /S John L. Sousa by Bobby Hazelton s/<br>John Sousa<br>285 Main Street<br>Worcester, MA 01608<br>508-791-8585<br>BBO#473620 |

Penny Jean Wood  and