UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>TRICIA JEAN MURPHY, LYNN ANN POWERS, MARK ASHLEY WOOD, PENNY JEAN WOOD, and SANDRA LEE WOOD, )<br><br>Defendants. ) | Civil Action No.<br>04-40207-FDS |

## ORDER OF DISBURSEMENT

**SAYLOR, J.**

The Clerk is directed to disburse funds in the amount of $90, 877.71, plus any accrued interest to Sandra Lee Wood. The check is to be made payable to Fletcher, Tilton & Whipple, P.C. and sent to Fletcher, Tilton & Whipple, P.C., c/o Bobby Hazelton, 370 Main Street - 12th Floor, Worcester, MA 01608-1779.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: November 18, 2005